# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| COURTNEY ANN ALTEMUS,<br><br>                          *Plaintiff,*<br><br>v.<br><br>BLAKEY FAMILY LAND, LLC<br><br>                          *Defendant.* | CASE NO. 3:22-cv-40<br><br>SHOW CAUSE ORDER<br><br>JUDGE NORMAN K. MOON |

      This matter is before the Court on Plaintiff's complaint. Dkt. 1. Therein, Plaintiff asserts that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, because there is diversity between the parties and over $75,000 is at issue. Dkt. 1 at 1. Plaintiff alleges that Defendant is a limited liability corporation licensed to do business in Virginia, and with its headquarters in the City of Charlottesville, and that Plaintiff is a natural person who is a resident of Pennsylvania. *Id.* at 1.

      For the purposes of diversity jurisdiction, a limited liability company is assigned the citizenship of all of its members. *Gen Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 120 (4th Cir. 2004); *see also Cent. W. Va. Energy Co., Inc. v. Mountain Stat Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011). Plaintiff has the burden of showing that jurisdiction exists. *Adams v. Bain*, 697 F.2d 1213, 1219 (4th Cir. 1982). Yet the Complaint includes no allegations about the citizenship of Defendant's members, as required to show complete diversity of the parties where one of the parties is an LLC.

      Plaintiff is **ORDERED TO SHOW CAUSE** within **21 days** of this Order why this action should not be dismissed without prejudice by filing an amended complaint therewith

including any allegations as would establish subject matter jurisdiction, or else the Court will dismiss the case for lack of subject matter jurisdiction.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

Entered this 21st day of July 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE